STEPHANIE S. CHRISTENSEN
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
California Bar No. 141489
     Room 7516, Federal Building
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-6880
     Facsimile: (213) 894-7819
     E-mail: Joanne.Osinoff@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>LETTERS ROGATORY FROM<br><br>THE CANTONAL COURT OF<br><br>OBWALDEN, SWITZERLAND | CV MISC. NO. 2:22-mc-00131<br><br>APPLICATION FOR ORDER APPOINTING THE ASSISTANT UNITED STATES ATTORNEY AS COMMISSIONER<br><br>(28 U.S.C. § 1782(a)) |

     The United States of America by the undersigned, Stephanie S. Christensen, Acting United States Attorney for the Central District of California, by David M. Harris, Assistant United States Attorney, Chief, Civil Division, by Joanne S. Osinoff, Assistant United States Attorney, Chief, General Civil Section, petitions this Court for an Order pursuant to § 1782(a) of Title 28 of the United States Code, in the form submitted, appointing Joanne S. Osinoff, Assistant United States

Attorney, Chief, General Civil Section, or her successor in office, as Commissioner and directing the procurement of evidence from Justin James Benoit who, it has been determined, resides within the jurisdiction of this Court, pursuant to the terms and conditions set forth in the Letters Rogatory issued by the above-entitled court in Switzerland, pertinent to the <u>Melody Jade Inabnit v. Justin James Benoit</u>, reference number ZV 21004.

Attached as Exhibit 1 is a copy of the Letters Rogatory from the court in Switzerland. The court in Switzerland is asking that the evidence be obtained from Justin James Benoit.

The only restrictions explicitly stated in 28 U.S.C. § 1782 are: (1) that the request be made by a foreign or international tribunal or any interested person; (2) that the testimony or material requested be for use in a proceeding in a foreign or international tribunal; and (3) that the person or entity from whom the discovery is sought is a resident of or can be found in the district where the application is filed. See <u>In Re Request for Judicial Assistance from the Seoul District Criminal Court, Seoul, Korea</u>, 555 F.2d 720, 723 (9th Cir. 1977); <u>United States v. Sealed 1, Letter of Request for Legal Assistance from the Deputy Prosecutor General of the Russian Federation</u>, 235 F.3d 1200, 1205 (9th Cir. 2000) (citing <u>Korea</u> at 555 F.2d at 723 that, "Under the statute the only restrictions explicitly stated are that the request be made by a foreign or international tribunal, and that the testimony or material requested be for use in a proceeding in such a tribunal"); <u>In Re Bayer AG</u>, 146 F.3d 188, 192 (3rd Cir. 1998).

All these requirements are met in this case. First, the request was made by the Cantonal Court of Obwalden, which is a foreign tribunal. Second, there is a proceeding in that court entitled, <u>Melody Jade Inabnit v. Justin James Benoit</u>, reference number ZV 21004, and the evidence being sought is for use in that

proceeding by that court.  Finally, it has been determined that Justin James Benoit resides within the jurisdiction of this Court.

Therefore, the United States respectfully requests the Court to sign the Order, being lodged under separate cover, appointing Joanne S. Osinoff, Assistant United States Attorney, Chief, General Civil Section, or her successor in office, as Commissioner, and directing the procurement of evidence from Justin James Benoit, to enable the court in Switzerland to complete the proceedings before it.

DATED:   July 12, 2022.

STEPHANIE S. CHRISTENSEN
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division

*/s/ Joanne S. Osinoff*

JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
Attorneys for the United States of America