

**Kanton Obwalden**

CANTONAL COURT PRESIDIUM

6061 Sarnen, P.O. Box 1260, Cantonal Court
**Legal aid/Registered mail**
ZV 21/004/III
U.S. Department of Justice
Civil Division
Office of International Judicial Assistance
Benjamin Franklin Station
P.O. box 14360
20044 Washington D.C.
United States of America

Sarnen, 10. Februar 2022/CVK

**International letters rogatory in civil / commercial matters**
**(Request for taking of evidence)**

| | |
|---|---|
| Case no. | ZV 21004//III (please always indicate reference number) |
| In the matter of | Melody Jayde Inäbnit, applicant, represented by Markus Scheuber, lawyer |
| against | Justin James Benoit, Defendant |
| regarding | Paternity and maintenance suit |

Dear Ladies and Gentlemen

In civil or commercial matters, under the Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, concluded at The Hague on 18 March 1970, the judicial authority of a Contracting State may, in accordance with its domestic law, request the competent authority of another Contracting State to take evidence or perform any other judicial act.

Based on this agreement, we request the following legal assistance:

a) **Requesting authority:** Cantonal Court of Obwalden, Poststrasse 6, 6060 Sarnen
(e-mail: monika.omlin@ow.ch)

b) **Name and address of the parties and their representatives:**

**Applicant:** Melody Jayde Inäbnit, born ▮

represented by the counsel Markus Zahno, Social Services, Brünigstrasse 160, 6060 Sarnen, who in turn is represented by lic.iur. Markus Scheuber, Attorney at Law, MÜLLER SCHEUBER, Advokatur & Notariat, Brünigstrasse 164, Sarnen 6060

**Defendant:** Justin James Benoit, ▮ North Hollywood, USA (Tel. No. +1 ▮ ).

Cantonal Court OW
Poststrasse 6, 606 0Sarnen
Postal address: P.O. Box 1260, 6061 Sarnen
Tel. 041 666 62 35, Fax 041 66 082 86

MAR 3 2022
CIV-189-30-22-2

EXHIBIT 1            4

c) **Nature and subject-matter of the case:** Paternity and maintenance suit

d) **Condensed presentation of the facts:** The present case concerns, inter alia, a paternity suit in which it is to be determined whether the defendant (Justin James Benoit) is the biological father of the plaintiff (Melody Jayde Inäbnit) and whether the defendant has to pay maintenance contributions to the plaintiff.

Despite two requests by the court, the defendant did not comment on this and did not submit the relevant documents proving his income and needs in order to be able to determine a possible maintenance amount. It can be assumed that the defendant works as a "web developer & graphic designer". According to his LinkedIn profile, he is employed by Boojum Group (1518 S Daniel Rd, Heber City, 84032 Utah) and CBS Interactive (235 Second Street, CA 94105 San Francisco) and works as a freelance designer & developer.

e) **Taking or acceptance of evidence to be made:**

1. Obtaining the following documents from the defendant Justin James Benoit, possibly from the competent authorities:

    - Tax returns for the years 2019 up to and including 2021 (with auxiliary sheets and enclosures);
    - Tax bills for the years 2019 up to and including 2021.

2. Obtaining the following documents from the Defendant Justin James Benoit, possibly his alleged employers (Boojum Group, 1518 S Daniel Rd; Heber City, 84032 Utah; CBS Interactive, 235 Second Street, CA 94105 San Francisco):

    - all salary statements for the years 2019 up to and including 2021;
    - All payslips for the years 2019 up to and including 2021
    - in the case of self-employment of the defendant: the last three financial statements, balance sheet, profit and loss account as well as a complete list of private earnings in the current year;
    - proof of any additional income (sideline income, pensions and the like).

I thank you in advance for the timely execution of the present request for legal assistance.

Yours sincerely

The Cantonal Court President III
lic.iur. Monika Omlin

*[signature]*

Supplements
- Extract from the CCP (Art. 160 - 176)

Copy for information to
- Applicant (legal representative)
- Defendant (by way of judicial remedy)